No. 619. CASH *v.* METROPOLITAN TRUST Co. ET AL. Appeal from the Supreme Court of Illinois. February 14, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Simon* v. *Craft,* 182 U. S. 427, 428, 434-5; *Chaloner* v. *Sherman,* 242 U. S. 455, 459-60; (2) *Milk Wagon Drivers' Union* v.

*Meadowmoor Co.,* 312 U. S. 287, 294; (3) *Milwaukee Electric Ry. Co.* v. *Milwaukee,* 252 U. S. 100, 106. *Mr. Henry W. Dieringer* for appellant. *Mr. George Bayard Jones* for appellees.